UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-CR-531-D

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

      Defendants.
_____

**ORDER**
_____

      Based on information and argument presented at the pending motions hearing

held on December 6, 2005, it is

      ORDERED that the Scheduling Order is hereby amended so that FED. R. CRIM.

P. 12.2 Notices shall be filed no later than **Friday, March 31, 2006**.  It is

      FURTHER ORDERED that the Government shall file any and all material in its

possession that relates to William Sablan's mental health, mental conditions, or state of

mind whether generated as part of competency hearings or any other process with the

Court on or before **Monday, January 30, 2006**.  It is

      FURTHER ORDERED that the Government shall also file a chronological index

of the material presented by **Monday, January 30, 2006**.  It is

      FURTHER ORDERED that the person who files this material shall indicate that it

complies with all orders in this case.  It is

FURTHER ORDERED that the Government shall also provide the filed material to William Sablan's defense counsel.

Dated:  December 6, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge