UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-CR-531-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

    Defendants.

_____

**ORDER**
_____

THIS MATTER came before the Court on the Government's verbal motion at a hearing on December 6, 2005, to amend the Notice[s] of Intent to Seek the Death Penalty. In accordance with my ruling at the hearing, it is

ORDERED that the Government's verbal motion to amend the Notice[s] of Intent to Seek the Death Penalty is **GRANTED**. The Court finds good cause pursuant to 18 U.S.C. § 3593(a) for allowing the Government to amend the Notices of Intent to Seek the Death Penalty due to the filing of a Second Superseding Indictment and the fact that the circumstances of the case have changed over the course of the investigation. While Defendant William Sablan argues that this motion is untimely, the Court rejects this argument due to the lengthy delays in the case for reasons that are not attributable to the Government. It is

FURTHER ORDERED that the Amended Notices of Intent to Seek the Death Penalty shall be filed on or before **Friday, December 23, 2005**.

Dated: December 6, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge