UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

    Defendants.
_____

**ORDER**
_____

THIS MATTER came before the Court on a status conference on April 11, 2006. In accordance with my rulings at the conference, it is

ORDERED that Defendants shall file updated motions to sever by **Monday, April 24, 2006**. The Government shall respond to these motions by **Friday, May 5, 2006**. It is

FURTHER ORDERED that William Sablan's counsel shall meet and confer with Mr. Synsvoll as soon as possible regarding the mental health records of William Sablan that have been filed under seal. On or before **Friday, April 28, 2006**, William Sablan's counsel shall file a pleading giving the best assessment as to which documents may be disclosed and which documents Defendant contends are not subject to disclosure. Defendant shall also state the privilege or other reason relied on in connection with the documents he contends are not subject to disclosure. It is

FURTHER ORDERED that the Government shall file a proffer of the evidence it intends to rely on in connection with the incidents it seeks to use in support of the nonstatutory aggravating factor of future dangerousness by **July 24, 2006**.  Defendants shall file a response to the proffer by **August 7, 2006**.  The parties may by those same dates file any additional case authorities they wish the Court to consider in connection with the Court's gatekeeping role as to these incidents.  It is

FURTHER ORDERED that a five (5) day hearing is set to commence **Monday, August 28, 2006 at 9:00 a.m.** on the evidentiary motions regarding future dangerousness that the Court has deferred.

Dated:  April 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge