UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

    Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court on Defendant Rudy Sablan's Motion for Continuance of August 28, 2006 Hearing on Phase III Motions (filed July 10, 2006). The motion requests a continuance of the five-day hearing set to commence on August 28, 2006, as defense counsel for Rudy Sablan is scheduled to be in trial that week in another criminal case. Defendant also requests that the Court set a status conference the week of August 7, 2006, to discuss dates for the resetting of the hearing and the subjects, scope and presentation of the hearing. Defendant requests a waiver of his appearance at that conference. Finally, Rudy Sablan indicates in the motion that Defendant William Sablan and the Government join in the motion.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Defendant Rudy Sablan's Motion for Continuance of August 28, 2006 Hearing on Phase III Motions (filed July 10, 2006) is **GRANTED**. The hearing set

the week of August 28, 2006, is **VACATED**.  It is

FURTHER ORDERED that a status conference is set for **Tuesday, August 8, 2006, at 4:30 p.m.**  The evidentiary hearing on Phase III motions will be reset at that time.  Finally, it is

ORDERED that Defendants' appearance at the status conference is waived.

Dated:  July 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge