UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

    Defendants.

_____

**ORDER**
_____

    THIS MATTER came before the Court on a status conference on August 8, 2006.  In accordance with my rulings at the conference, it is

    ORDERED that the Government shall file a pleading by **Friday, August 18, 2006**, indicating its position as to which Defendant shall be tried first.  Responses shall be filed by **Monday, August 28, 2006**.  No extensions of time will be allowed as to these pleadings.  It is

    FURTHER ORDERED that Defendants shall file a pleading by **Monday, August 28, 2006**, indicating whether an interpreter is needed for trial and pretrial hearings (with the exception of the hearing set the week of November 6, 2006, for which William Sablan has indicated that an interpreter is not needed).  It is

    FURTHER ORDERED that the Government shall file an Amended Proffer of Penalty Phase Evidence in Support of Non-Statutory Aggravating Factor of Future

Dangerousness of William Concepcion Sablan by **Monday, August 28, 2006**. The amended proffer shall indicate what evidence has been produced in support of the proffer as well as what evidence has not been produced. It is

FURTHER ORDERED that William Sablan shall file a response to the amended proffer by **Friday, September 8, 2006**. It is

FURTHER ORDERED that the Government shall file an Amended Proffer of Penalty Phase Evidence in Support of Non-Statutory Aggravating Factor of Future Dangerousness of Rudy Cabrera Sablan by **Friday, September 15, 2006**. It is

FURTHER ORDERED that Rudy Sablan shall file a response to the amended proffer by **Monday, September 25, 2006**. It is

FURTHER ORDERED that a hearing on William Sablan's remaining Phase III motions, including the evidentiary issues raised in those motions, is set for **November 6-9, 2006**.

Dated: August 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge