UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN

      Defendant.

_____

**ORDER**

_____

The Court, upon consideration of the Government's Unopposed Motion for Amendment of Scheduling Order Regarding Submission of Trial Exhibit List, finds good cause for the granting of the motion.  Accordingly, it is

ORDERED that the Government's Unopposed Motion for Amendment of Scheduling Order Regarding Submission of Trial Exhibit List filed September 29, 2006, is **GRANTED**.  In accordance therewith, it is

ORDERED that the government shall file its guilt phase trial exhibit list by **Friday, December 15, 2006**. It is

FURTHER ORDERED that Defendant William Sablan shall file his guilt phase trial exhibit list by **Friday, December 22, 2006**.

Dated:  October 3, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel_____
                        Wiley Y. Daniel

U. S. District Judge