UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN and
2. RUDY CABRERA SABLAN

    Defendants.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Government's Rule 15 Motion to Depose Witness Arthur Peck in Order to Preserve His Testimony.  Having reviewed the the motion and being otherwise advised in the premises, I find that the Government has shown that exceptional circumstances exist and that it would be in the interests of justice to allow the deposition of Arthur Peck pursuant to FED. R. CRIM. P. 15.  The Government asserts that Mr. Peck's health condition has seriously deteriorated in the past few months and that he may not be well enough to testify at the trials of William and Rudy Sablan.  However, this ruling is subject to Defendants' right to object to use of the deposition if they believe that he is available to testify at trial.  Accordingly, it is

ORDERED that the deposition of Arthur Peck shall be taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure at a time to be determined by the parties.  It is

FURTHER ORDERED that the deposition shall take place at ADX Florence, Colorado. It is

FURTHER ORDERED that Defendants retain the right to object to use of the deposition at trial. It is

FURTHER ORDERED that separate depositions of Mr. Peck will occur in connection with each Defendant. While counsel for each Defendant must obviously be present at the deposition for their client, they may also attend Mr. Peck's deposition taken in connection with the other Defendant. However, they may observe only, and may not interpose objections.

Dated: November 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge