# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

___

Date:             November 16, 2006
Courtroom Deputy: Robert R. Keech           Prob/Pret:    N/A
Court Reporter/ECR: Kara Spitler             Interpreter:  N/A

___

Criminal Case No. **00-cr-00531-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Brenda K. Taylor
                                              Philip A. Brimmer
     Plaintiff,

v.

**1. WILLIAM CONCEPCION SABLAN;**             Patrick J. Burke
                                              Nathan D. Chambers
                                              Susan L. Foreman
**2. RUDY CABRERA SABLAN**,                   Forrest W. Lewis
                                              Donald R. Knight
     Defendants.

___

## COURTROOM MINUTES
___

**STATUS CONFERENCE**

**1:38 p.m.**   Court in Session

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

**ORDERED:**   Defendant Rudy Cabrera Sablan's Motion for Leave to Waive Defendant Rudy Sablan's Appearance at November 16, 2006 Hearing (#2026 - 11/16/06) is **GRANTED.**

      Issues related to the deposition of Arthur Peck are raised for argument.

Judge Wiley Y. Daniel
00-cr-00531-WYD - Courtroom Minutes

---

| | |
|---|---|
| 1:40 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 1:41 p.m. | Argument by Government (Ms. Taylor). |
| 1:42 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 1:45 p.m. | Argument by Government (Ms. Taylor). |
| 1:45 p.m. | Argument by Defendant William Concepcion Sablan (Mr. Chambers). |
| 1:45 p.m. | Argument by Defendant Rudy Cabrera Sablan (Mr. Lewis). |
| 1:45 p.m. | Argument by Government (Ms. Taylor). |
| 1:46 p.m. | Discussion regarding specifics of the deposition of Arthur Peck. |
| **ORDERED:** | Deposition of Arthur Peck shall occur at ADX-Florence, CO at a time convenient for all concerned. |
| **ORDERED:** | Two separate depositions shall take place for each individual defendant. |
| **ORDERED:** | Counsel shall make sure that their clients behave appropriately during the deposition of Arthur Peck. |
| **1:52 p.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   :14**