UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN

      Defendant.

_____

**ORDER**

_____

THIS MATTER is before the Court on William Sablan's Request for Order filed December 6, 2006. The motion requests that the Court issue an Order waiving Defendant's appearance at the hearing set for Monday, December 11, 2006. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that William Sablan's Request for Order (docket # 2051) is **GRANTED**, and Defendant's appearance is waived at the hearing set December 11, 2006, at 2:00 p.m.

      Dated: December 8, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel_____
                        Wiley Y. Daniel
                        U. S. District Judge