UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on William Sablan's Waiver of Appearance and Request for Order filed December 15, 2006. The motion requests that the Court issue an Order waiving Defendant's appearance at the hearing set for Friday, December 22, 2006. The Court, having reviewed the request and being fully advised in the premises,

ORDERS that William Sablan's Request for Order (docket # 2063) is **GRANTED**, and Defendant's appearance is waived at the hearing set December 22, 2006, at 10:30 a.m.

Dated:  December 19, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge