UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN

    Defendant.

___

### ORDER
___

    THIS MATTER is before the Court on William Sablan's Waiver of Appearance and Request for Order filed December 28, 2006.  The motion requests that the Court issue an Order waiving Defendant's appearance at the hearing set for January 3 and 4, 2007.  The Court, having reviewed the request and being fully advised in the premises,

    ORDERS that William Sablan's Request for Order (docket # 2095) is **GRANTED**, and Defendant's appearance is waived at the hearing set for January 3 and 4, 2007.

    Dated:  January 2, 2007

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge