UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN

    Defendants.
_____

**ORDER**
_____

THIS MATTER came before the Court on January 3, 2007, on a hearing on the pending motions in limine and other issues. For the reasons stated on the record at the hearing, it is

ORDERED that the Government's Motion for Leave to File Motion in Limine to Preclude Defendant Family Impact Evidence (docket # 2103) is **GRANTED**. The Government's Motion in Limine to Preclude Defendant Family Impact Evidence (# 2014) is **ACCEPTED FOR FILING**. It is

FURTHER ORDERED that William Sablan's Motion in Limine to Exclude Evidence of Post-Mortem Injuries (# 2072) is **DEFERRED**. The Court cannot respond to this motion without reviewing the evidence that is in dispute. The parties shall meet and confer as to the evidence. The disputed evidence shall be presented to the Court at the hearing on January 17, 2007. It is

FURTHER ORDERED that the Government's Motion in Limine to Exclude Character and Habit Evidence Regarding Joey Estrella (docket # 2079) is **GRANTED** to the extent it asks the Court to enforce the Order of January 17, 2006 (docket # 1655).  It is

FURTHER ORDERED that the Government's Motion in Limine to Exclude Proportionality Evidence and Arguments (docket # 2076) is **DENIED AS MOOT**, since Defendant has indicated that he does not intend to offer such evidence at this time.  It is

FURTHER ORDERED that the Government's Motion in Limine to Preclude Use of After-Action Report (# 2077) is **DENIED WITHOUT PREJUDICE**.  I cannot rule on this motion until trial since I need to know the context for this report and the manner in which Defendant may seek to admit it.  If Defendant does seek to admit this report, it shall make a proffer as to the admissibility of this report outside the presence of the jury.  The Government can raise this motion at that time if it objects to the admission of the report.  No reference to this after-action report shall be made in opening statements.  It is

FURTHER ORDERED that William Sablan's Motion in Limine to Exclude Improper Opinion Evidence (# 2071) is **DENIED WITHOUT PREJUDICE**.  This motion needs to be heard in context at trial, and Defendant can raise objections at that time to use of the word "murder" if he deems it appropriate.  It is

FURTHER ORDERED that the Government's Motion in Limine (Filed Under Seal) (# 2073) is **GRANTED**.  It is

FURTHER ORDERED that the Government's Motion to Divide Witness Testimony (# 2082) is **GRANTED**. It is

FURTHER ORDERED that the parties shall exchange exhibits and meet and confer regarding the admissibility of exhibits. The parties shall be prepared to raised objections to exhibits at the hearing on January 17, 2007. Revised exhibit lists on the proper form shall be filed by **Tuesday, January 16, 2007**. Defendant shall also file a revised witness list that is on the Court's form by that date. It is

FURTHER ORDERED that a hearing on the remaining motions in limine and status conference as to jury selection issues is set for **Wednesday, January 17, 2007, at 1:30 p.m.** Finally, it is

ORDERED that the parties shall be prepared at the hearing on January 17, 2007, to advise the Court when the parties will be ready to file stipulated jury instructions for trial.

Dated: January 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge