UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN,

    Defendant.

---

### ORDER

---

    THIS MATTER is before the Court on a review of the file. The docket for this case incorrectly shows that Defendant William Sablan's Motion to Require Individual Trial Prosecutors to Perform the Discovery Work Delegated to Bureau of Prisons Lawyers filed in July of 2002 is pending. Since the motion was previously addressed by the Court, it is

    ORDERED that Defendant William Sablan's Motion to Require Individual Trial Prosecutors to Perform the Discovery Work Delegated to Bureau of Prisons Lawyers (# 577) is **DENIED AS MOOT**.

    Dated: January 19, 2007

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge