IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  00-cr-00531-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  WILLIAM CONCEPCION SABLAN,

        Defendant.

## ORDER RE:  STORAGE OF JURY QUESTIONNAIRES

        THIS MATTER came before the Court for a lengthy jury trial commencing on January 22, 2007.  A jury of 18 was sworn to try the case on Monday, February 5, 2007.  It is therefore

        ORDERED that the original jury questionnaires that were completed by all prospective jurors shall remain in the Clerk's Office, under seal, until further order of the Court.

        Dated:  February 28, 2007

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        U. S. DISTRICT JUDGE