**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

Criminal Case No.:  00-cr-00531-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN,

      Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

      It is STIPULATED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

      DATED at Denver, Colorado, this 12th day of March, 2007.

      BY THE COURT:

      s/ Wiley Y. Daniel
      WILEY Y. DANIEL,
      United States District Judge