UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM CONCEPCION SABLAN
2. RUDY CABRERA SABLAN

    Defendants.

_____

### ORDER RE: DESTRUCTION OF JURY QUESTIONNAIRES
_____

THIS MATTER came before the Court for jury trial in 2007 as to Defendant William Sablan and 2008 as to Defendant Rudy Sablan. Defendants have been convicted and sentenced and time for appeal has expired. It is therefore

ORDERED that the original jury questionnaires that were completed by all prospective jurors shall be destroyed.

Dated: October 9, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge